UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FAIR HOUSING CENTER OF      )
GREATER BOSTON, INC.        )
                            )
         Plaintiff,         )
                            )    Civil Action No. _____
     v.                     )
                            )
BOSTON METRO                )
PUBLISHING, INC.            )
                            )
         Defendant.         )
```

**03-12482 PBS**

## CONSENT DECREE

### Introduction

This action is brought under the Fair Housing Act, 42 U.S.C. 3601 *et seq.*, the Massachusetts Anti-Discrimination Law, M.G. L. c.151B, and the Massachusetts Consumer Protection Act, M.G.L. c. 93A for the unlawful publication of discriminatory housing advertisements by the Defendant. The advertisements in question express a preference or limitation for persons of several protected classes in violation of federal and state fair housing laws. In an effort to resolve this matter without protracted and costly litigation the parties have agreed to enter into this Consent Decree simultaneously with the filing of the Plaintiff's complaint in the United States District Court for the District of Massachusetts.

**Parties**

1. The Plaintiff, Fair Housing Center of Greater Boston, Inc. (the "Fair Housing Center") is a private, non-profit, fair housing membership organization dedicated to promoting equal housing opportunities for all people in Boston and the Greater Boston area and engaged, among other things, in promoting the enforcement of federal and state fair housing laws. The Fair Housing Center's offices are located at 59 Temple Place, #1105, Boston, MA 02111.

2. The Defendant, Boston Metro Publishing, Inc. (the "Boston Metro") publishes the Boston Metro, a daily, free newspaper. The Boston Metro solicits, reviews, accepts and publishes rental advertisements and classifieds for which it charges fees. The Boston Metro's offices are located at 320 Congress Street, Boston, MA 02210.

3. This settlement has been voluntarily entered into by the Fair Housing Center and Boston Metro.

**Fair Housing Obligations**

4. The Boston Metro agrees that it will comply with all provisions of the Fair Housing Act, the Massachusetts Anti-Discrimination Law, the City of Boston Fair Housing Ordinance, the City of Cambridge Fair Housing Ordinance, and all other applicable federal, state and local fair housing laws and regulations relating to the publication of housing advertisements.

5. The Boston Metro understands that it is prohibited from making, printing or publishing any notice, statement, classified, or advertisement, with respect to the sale or rental of a dwelling that indicates any preference, limitation or

discrimination based on race, color, religion, sex, handicap, familial status, children, national origin, ancestry, marital status, genetic information, veterans status, sexual orientation, and source of income including, but not limited to, the receipt of a rental subsidy. The Boston Metro will permanently refrain from accepting for publication any advertisement, classified, or listing that violates the fair housing laws by indicating a preference or limitation based on protected class status.

6. The Boston Metro has prepared and will adhere to the written policy designed to prevent the publication of housing advertisements that violate the fair housing laws, in the form attached hereto as Exhibit 1. The Boston Metro also agrees to monitor compliance with its written policies.

7. The Fair Housing Center will inform Boston Metro of any changes that must be made to such policies as required by law, and Boston Metro, in turn, will make the required changes promptly and provide a copy to the Fair Housing Center of the changed policy. The Boston Metro, however, agrees that it has an independent and continued responsibility to comply with all anti-discrimination laws and will update its written policy accordingly, even if not informed of such changes by the Fair Housing Center.

8. The Boston Metro will mail, within 30 days of this Consent Decree, a statement with the Boston Metro's anti-discrimination policy as set forth in Exhibit 1 to each advertiser who advertises on a regular basis apartments for rent with the Boston Metro, shall make available copies of said anti-

discrimination policy in the reception area of it business office(s) as a handout, and mail it to any person who requests it at no charge.

9. The Boston Metro will post its anti-discrimination policy and the "Equal Opportunity Housing" Publisher's Notice and Equal Opportunity Logotype, in the form attached hereto as Exhibit 2, in a conspicuous and well-lit place in the normal place(s) of business where present and prospective employees and customers will be able to see and read it.

10. The Boston Metro shall place in each issue that contains housing advertising and/or classifieds the "Equal Opportunity Housing" Publisher's Notice and Equal Opportunity Logotype in the form attached hereto as Exhibit 2, including state and City of Boston and Cambridge law grounds, at or close to the beginning of its real estate classifieds section. The Fair Housing Center shall be listed as the contact agency for discrimination complaints and its phone number (617-399-0491) shall be included.

**Training of Employees**

11. All Boston Metro staff, full and part-time, involved in housing advertisements, and their supervisors, will be required to attend a Fair Housing Training Program (the "Training Program"), to be conducted by the Lawyers' Committee For Civil Rights Under Law of the Boston Bar Association as set forth in the proposal attached as Exhibit 3 and paid for by the Boston Metro contemporaneous with the training. The Boston Metro agrees to videotape the Training Program.

12. The Boston Metro will educate any employee hired after the Training Program is conducted and who is involved in housing advertisements about its fair housing policy and procedure described in Exhibit 1 within 30 days of his/her hiring. The Boston Metro will ensure that each such employee shall watch the videotape of the Training Program as part of this orientation.

13. Records of any such trainings, setting forth, *inter alia*, the persons attending and the dates, times and location of each training, shall be kept on file at the Boston Metro's offices and copies shall be made available to the Fair Housing Center upon written request made at least 72 hours in advance.

**Monetary Relief**

14. The Boston Metro will pay the Fair Housing Center the sum of $15,630.00 plus $2,500.00 for reimbursement of attorney's fees and costs.

15. All monies required to be paid hereunder shall be paid within thirty (30) days of filing of this Consent Decree.

16. In addition, the Boston Metro will provide the Fair Housing Center with $15,120.00 in free advertising space in its newspaper at its current advertisement rates (i.e., $5040.00 for a full page, $2520.00 for a half-page, and $1,260 for a quarter-page advertisement).

17. Publication of said advertisements shall be subject to Boston Metro's guidelines regarding available space and advertising policies and procedures in effect at the time of the placement of the ads. The Fair Housing Center is

required to place all its advertisements within eighteen (18) months of the entry of this consent decree.

18. Should the Boston Metro discontinue production of its newspaper before the Fair Housing Center had the opportunity to place advertisements amounting to a value of $15,120.00 under the agreed upon rates, the Boston Metro agrees to pay the Fair Housing Center $1.00 in cash for each remaining dollar of free advertising not placed within twelve (12) months of the entry of this Consent Decree and $0.50 for each remaining dollar of free advertising not placed after twelve (12) months but before eighteen (18) months of the entry of this Consent Decree. Any such compensation due the Fair Housing Center shall be paid within seven (7) days of discontinuing the publication of the newspaper.

19. In consideration for this monetary relief, the Fair Housing Center releases the Boston Metro, its parent, affiliates, subsidiaries, their past and present directors, officers, employees, attorneys, agents, successors and assigns of all claims, rights, actions, or causes of action on account of or in any way arising from alleged or actual publication of discriminatory housing advertisements in the Boston Metro to date, whether known or unknown.

## Future Violations of Fair Housing Laws

20. The Boston Metro shall pay liquidated damages to the Fair Housing Center for placing a classified or advertisement that contains a word that is listed or otherwise specifically stated as a word to be avoided in Exhibit 1 after entry of this Consent Decree.



# LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
## OF THE BOSTON BAR ASSOCIATION
294 WASHINGTON STREET, SUITE 443
BOSTON, MASSACHUSETTS 02108
TEL (617) 482-1145
FAX (617) 482-4392
Email: office@lawyerscom.org
Web: www.lawyerscom.org

**Board of Directors**
Scott P. Lewis, Chair
David S. Godkin, Vice Chair

Jonathan M. Albano
James Arguin
Edward J. Barshak
Elizabeth Bartholet
Richard M. Bluestein
David B. Broughel
Theodore Chuang
Linda M. Davidson
James S. Dittmar
Thomas J. Dougherty
Rory FitzPatrick
Inez Friedman-Boyce
Daniel J. Gleason
Anita Hill
William A. Horne
Laurence M. Johnson
Stephen A. Jonas
Mitchell H. Kaplan
John Lozada
Donna B. MacKenna
Neil V. McKittrick
Cornelius J. Moynihan, Jr.
Paul E. Nemser
Jody L. Newman
Michael Paris
Kenneth J. Parsigian
Leigh-Ann Patterson
Lisa J. Pirozzolo
Candies Pruitt
Glendora M. Putnam
Andrew A. Rainer
John R. Regier
Allan G. Rodgers
Robert P. Sherman
Robert H. Smith
Laura Steinberg
Marc K. Temin
Thomas V. Urmy, Jr.
Michael D. Weisman
Dianne Wilkerson
Paul D. Wilson
Toni G. Wolfman
Tamara S. Wolfson
Harvey J. Wolkoff
Margaret Woo

**Emeritus Members**
G. d'Andelot Belin
James K. Brown
Judith Olans Brown
Charles C. Cabot, Jr.
Joseph D. Feaster, Jr.
John B. French
Hugh R. Jones, Jr.
Hans F. Loeser
James J. Marcellino
Frank I. Michelman
Richard A. Soden
Nicholas U. Sommerfeld
John Taylor "Ike" Williams

**Executive Director**
David H. Harris, Jr.

**Counsel**
Nadine M. Cohen
Barbara J. Dougan
Jill L. Feldman
Laura Maslow-Armand
M. Julie Patiño
Maricia Woodham

**Administration**
Wanjiru Mbugua

The Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association conducts training on a fee for service basis for for-profit and nonprofit housing providers, management companies, and real estate companies to educate employees about their responsibilities under federal and state fair housing laws and/or affirmative marketing plans. The standard training curriculum includes information about:

1) Applicable Laws: protected classes, exemptions, prohibited acts,
2) The complaint process,
3) Special topics as appropriate, including: fair lending, discriminatory advertising, the lead law, disability, vouchers, and opportunities and obligations for recipients of federal and state housing funds.

Training fees are as follows:

| Business type | Hourly rate | Standard training total** |
|---|---|---|
| Nonprofit housing provider | $100 - $250/hour based on portfolio size | $250 - $625 |
| Government housing provider | $350/hour | $875 |
| For profit housing provider, management company, and/or real estate firm | $350/hour | $875 |
| Mandated training * | $500/hour | $1,250 |

\* Training for any entity, private or public, for profit or nonprofit, that is mandated by a settlement agreement will be charged $500/hour.

\*\* Routine training time is 2.5 hours. Extended training and/or specialized coverage of an issue outside of the standard curriculum may require increased training time and/or preparation, and therefore increase the cost of the training.

The Lawyers' Committee prefers to conduct training for groups of 4 – 20 people. Training groups of greater than 20 people may increase the cost of the training.

Training costs include the presentation by a knowledgeable professional, a training packet for each participant, preparation time, and travel within the Lawyers' Committee service area.

The sponsoring agency will be responsible for providing adequate training space, refreshments, and AV equipment.

# EXHIBIT 4

After the Fair Housing Center of Greater Boston brought several discriminatory rental advertisements printed in the Boston Metro to the newspaper's attention, the fair housing organization and the Boston Metro entered into an agreement to help ensure that all housing advertisements placed in this paper are non-discriminatory. Ms. Peggy Onstad, publisher of the Boston Metro, applauded the dedication and successful efforts of the Fair Housing Center that have led to the Boston Metro and the other major Boston newspapers adopting policies, procedures and employee training to help identify and prevent the publication of discriminatory housing ads.

The federal Fair Housing Act and the Massachusetts Anti-Discrimination Law specifically prohibit owners, realtors, newspapers and others from making statements or publishing advertisements for housing that state a limitation or preference for people based on a persons "protected class" status. The federal Fair Housing Act prohibits discrimination based on race, color, religion, sex, handicap, familial status (including families with children), and national origin. Massachusetts law covers all the federal categories and in addition prohibits housing discrimination on the basis of marital status, age, sexual orientation, veteran status, and source of income including the receipt of a rental subsidy like Section 8. Classifieds identifying a home as not deleaded also violate federal and state law because they deter families with children from applying.

Ms. Onstad stated, "We are fully supportive of all our fair housing laws and their laudable goal to assure equal access to the housing market for every individual. To that end, we welcome the Fair Housing Center's role as watchdog and helpful mentor to guide us in achieving this result." Founded in 1998 by local housing and civil rights advocates, the Fair Housing Center is a non-profit organization whose mission is to promote equal housing opportunities for all people throughout the Greater Boston area. The Fair Housing Center's studies have shown that African Americans, Latinos, families with children, and rental subsidy holders are turned away and denied opportunities in one half to two thirds of their attempts to find rental housing. The Fair Housing Center educates home seekers and property owners about their rights and responsibilities under fair housing laws, advocates for people who have experienced discrimination, and works to ensure that housing development policies and practices promote equity. For more information, call 617-399-0491 or log on to www.bostonfairhousing.com.

# EXHIBIT 5

# Fair Housing Center's Response to Inquiries from the Media or Other Interested Parties

Pursuant to paragraph 27 of the Consent Decree the Fair Housing Center agrees to respond to questions or inquiries from the media or other interested parties regarding its agreement with the Boston Metro in the following way:

1. The Fair Housing Center is pleased to have been able to work with the Boston Metro to ensure that the classifieds and advertisements appearing in its pages comply with state and federal fair housing laws.

2. Such compliance with the fair housing laws is particularly critical due to the Boston Metro's wide readership, which makes it an important source of information in the region, even if its housing-related classifieds section is relatively small at this time.

3. By ensuring that such advertisements and classifieds do not appear in the Boston Metro, the Fair Housing Center has helped to reduce the chances that landlords get the wrong impression that they can discriminate and that home seekers feel that they can be excluded from certain properties.

4. The Fair Housing Center has come to similar agreements in the past with the Boston Herald and the Boston Globe.

5. Overall, the Fair Housing Center's has played a crucial role in curbing the previously pervasive problem of discriminatory advertising in the greater Boston area.