UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 10 A 9: 4**03 ~ 12482 PBS**

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC. | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| BOSTON METRO PUBLISHING, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT DECREE

### Introduction

This action is brought under the Fair Housing Act, 42 U.S.C. 3601 *et seq.*, the

Massachusetts Anti-Discrimination Law, M.G. L. c.151B, and the Massachusetts

Consumer Protection Act, M.G.L. c. 93A for the unlawful publication of discriminatory

housing advertisements by the Defendant. The advertisements in question express a

preference or limitation for persons of several protected classes in violation of federal and

state fair housing laws. In an effort to resolve this matter without protracted and costly

litigation the parties have agreed to enter into this Consent Decree simultaneously with

the filing of the Plaintiff's complaint in the United States District Court for the District of

Massachusetts.

SCANNED

DATE:_____

BY:_____

**Parties**

1.  The Plaintiff, Fair Housing Center of Greater Boston, Inc. (the "Fair Housing Center") is a private, non-profit, fair housing membership organization dedicated to promoting equal housing opportunities for all people in Boston and the Greater Boston area and engaged, among other things, in promoting the enforcement of federal and state fair housing laws. The Fair Housing Center's offices are located at 59 Temple Place, #1105, Boston, MA 02111.

2.  The Defendant, Boston Metro Publishing, Inc. (the "Boston Metro") publishes the Boston Metro, a daily, free newspaper. The Boston Metro solicits, reviews, accepts and publishes rental advertisements and classifieds for which it charges fees. The Boston Metro's offices are located at 320 Congress Street, Boston, MA 02210.

3.  This settlement has been voluntarily entered into by the Fair Housing Center and Boston Metro.

**Fair Housing Obligations**

4.  The Boston Metro agrees that it will comply with all provisions of the Fair Housing Act, the Massachusetts Anti-Discrimination Law, the City of Boston Fair Housing Ordinance, the City of Cambridge Fair Housing Ordinance, and all other applicable federal, state and local fair housing laws and regulations relating to the publication of housing advertisements.

5.  The Boston Metro understands that it is prohibited from making, printing or publishing any notice, statement, classified, or advertisement, with respect to the sale or rental of a dwelling that indicates any preference, limitation or

discrimination based on race, color, religion, sex, handicap, familial status, children, national origin, ancestry, marital status, genetic information, veterans status, sexual orientation, and source of income including, but not limited to, the receipt of a rental subsidy. The Boston Metro will permanently refrain from accepting for publication any advertisement, classified, or listing that violates the fair housing laws by indicating a preference or limitation based on protected class status.

6. The Boston Metro has prepared and will adhere to the written policy designed to prevent the publication of housing advertisements that violate the fair housing laws, in the form attached hereto as Exhibit 1. The Boston Metro also agrees to monitor compliance with its written policies.

7. The Fair Housing Center will inform Boston Metro of any changes that must be made to such policies as required by law, and Boston Metro, in turn, will make the required changes promptly and provide a copy to the Fair Housing Center of the changed policy. The Boston Metro, however, agrees that it has an independent and continued responsibility to comply with all anti-discrimination laws and will update its written policy accordingly, even if not informed of such changes by the Fair Housing Center.

8. The Boston Metro will mail, within 30 days of this Consent Decree, a statement with the Boston Metro's anti-discrimination policy as set forth in Exhibit 1 to each advertiser who advertises on a regular basis apartments for rent with the Boston Metro, shall make available copies of said anti-

-3-

discrimination policy in the reception area of it business office(s) as a
handout, and mail it to any person who requests it at no charge.

9.  The Boston Metro will post its anti-discrimination policy and the "Equal
    Opportunity Housing" Publisher's Notice and Equal Opportunity Logotype, in
    the form attached hereto as Exhibit 2, in a conspicuous and well-lit place in
    the normal place(s) of business where present and prospective employees and
    customers will be able to see and read it.

10. The Boston Metro shall place in each issue that contains housing advertising
    and/or classifieds the "Equal Opportunity Housing" Publisher's Notice and
    Equal Opportunity Logotype in the form attached hereto as Exhibit 2,
    including state and City of Boston and Cambridge law grounds, at or close to
    the beginning of its real estate classifieds section.  The Fair Housing Center
    shall be listed as the contact agency for discrimination complaints and its
    phone number (617-399-0491) shall be included.

**Training of Employees**

11. All Boston Metro staff, full and part-time, involved in housing
    advertisements, and their supervisors, will be required to attend a Fair
    Housing Training Program (the "Training Program"), to be conducted by the
    Lawyers' Committee For Civil Rights Under Law of the Boston Bar
    Association as set forth in the proposal attached as Exhibit 3 and paid for by
    the Boston Metro contemporaneous with the training.  The Boston Metro
    agrees to videotape the Training Program.

12. The Boston Metro will educate any employee hired after the Training Program is conducted and who is involved in housing advertisements about its fair housing policy and procedure described in Exhibit 1 within 30 days of his/her hiring. The Boston Metro will ensure that each such employee shall watch the videotape of the Training Program as part of this orientation.

13. Records of any such trainings, setting forth, *inter alia*, the persons attending and the dates, times and location of each training, shall be kept on file at the Boston Metro's offices and copies shall be made available to the Fair Housing Center upon written request made at least 72 hours in advance.

**Monetary Relief**

14. The Boston Metro will pay the Fair Housing Center the sum of $15,630.00 plus $2,500.00 for reimbursement of attorney's fees and costs.

15. All monies required to be paid hereunder shall be paid within thirty (30) days of filing of this Consent Decree.

16. In addition, the Boston Metro will provide the Fair Housing Center with $15,120.00 in free advertising space in its newspaper at its current advertisement rates (i.e., $5040.00 for a full page, $2520.00 for a half-page, and $1,260 for a quarter-page advertisement).

17. Publication of said advertisements shall be subject to Boston Metro's guidelines regarding available space and advertising policies and procedures in effect at the time of the placement of the ads. The Fair Housing Center is

required to place all its advertisements within eighteen (18) months of the entry of this consent decree.

18. Should the Boston Metro discontinue production of its newspaper before the Fair Housing Center had the opportunity to place advertisements amounting to a value of $15,120.00 under the agreed upon rates, the Boston Metro agrees to pay the Fair Housing Center $1.00 in cash for each remaining dollar of free advertising not placed within twelve (12) months of the entry of this Consent Decree and $0.50 for each remaining dollar of free advertising not placed after twelve (12) months but before eighteen (18) months of the entry of this Consent Decree. Any such compensation due the Fair Housing Center shall be paid within seven (7) days of discontinuing the publication of the newspaper.

19. In consideration for this monetary relief, the Fair Housing Center releases the Boston Metro, its parent, affiliates, subsidiaries, their past and present directors, officers, employees, attorneys, agents, successors and assigns of all claims, rights, actions, or causes of action on account of or in any way arising from alleged or actual publication of discriminatory housing advertisements in the Boston Metro to date, whether known or unknown.

**Future Violations of Fair Housing Laws**

20. The Boston Metro shall pay liquidated damages to the Fair Housing Center for placing a classified or advertisement that contains a word that is listed or otherwise specifically stated as a word to be avoided in Exhibit 1 after entry of this Consent Decree.

21. For each such violation after entry of this Consent Decree, the Boston Metro agrees to pay the Fair Housing Center $1,000.00 in liquidated damages. Prior to notice from the Fair Housing Center, such payment is required only once for the same classified or advertisement, even if it appears in more than one consecutive issue of the paper.

22. For each continued violation, after notice from the Fair Housing Center, the Boston Metro agrees to pay the Fair Housing Center $2,000.00 in liquidated damages. For purposes of continued violations, placement of the same discriminatory classified or advertisement in more than one issue of the newspaper after notice form the Fair Housing Center shall constitute a separate violation. Notice under this paragraph must be submitted in writing to Boston Metro's attorney, Albert L. Kramer, Esq., must include a copy of the classified or advertisement that constitutes the violation, and the date of its publication.

23. During the duration of this Consent Decree, the Fair Housing Center is limited to seeking liquidated damages and may not file a new complaint against the Boston Metro based on violations of the fair housing laws covered by this agreement.

24. All liquidated damages shall be paid within fourteen (14) days of notification of a violation.

**Joint Announcement and Disclosure**

25. The parties agree that the Boston Metro will publish a story regarding this Agreement in the form attached hereto as Exhibit 4.

26. Each party further agrees not to issue any additional press release or make any other statement or announcement to the media or any other person, except as provided for herein, to the effect that it prevailed in this matter, or concerning any claim or underlying facts related to the Consent Decree.

27. The parties agree the Fair Housing Center may, however, make statements with regards to the Consent Decree and the underlying matter (including, but not limited to, through their newsletter) to: (a) current, past or potential funders, (b) other fair housing organizations, (c) as may be required by law or court order, or (d) in an action to enforce this Consent Decree to remedy a breach thereof. In addition, the Fair Housing Center may also respond to requests from the media or other interested parties but only in the form and spirit of the sample response attached hereto as Exhibit 5 or along the lines of the article to be published in the Boston Metro attached hereto as Exhibit 4. The Fair Housing Center agrees not to initiate or cause any requests from the media by directly contacting the same.

**General Provisions**

28. Any Exhibits or Appendices referred to in this Consent Decree are hereby incorporated by reference.

29. All monies required to be paid pursuant to this Consent Decree shall by paid by delivery of a certified check(s) to the Plaintiff's counsel, Rafael Mares,

Esq., Hale and Dorr Legal Services Center of Harvard Law School, 122

Boylston Street, Jamaica Plain, MA 02130, made payable to the order of the

Legal Services Center.

**Continuing Jurisdiction**

30. This Consent Decree shall be filed in the U.S. District Court for the District of

Massachusetts within 30 days of signing, shall be entered as an Order of the

Court.

31. This Court shall retain jurisdiction of this action for such orders as may be

necessary or appropriate to effectuate the purposes of the Consent Decree.

32. This Consent Decree shall become effective upon its entry and shall expire in

three (3) years from its entry.

12/10/03

By: _____      By: _____
Rafael Mares, Esq. BBO 643786      Albert L. Kramer, Esq. BBO 278940
LEGAL SERVICES CENTER              64 Humphrey Street
122 Boylston Street                Swampscott, MA 01907
Jamaica Plain, MA 02130            (781) 599-9793
(617) 522-3003                     Attorney for the Boston Metro
Attorney for the Fair Housing Center

SO ORDERED: _____

United States District Judge

3/4/04